UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICK WALKUP, *on behalf of himself and all others similarly situated*,

        Plaintiff,

v.

GUITARS ON MAIN, LLC,

        Defendant.

No. 24-CV-6212 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On September 9, 2024, Plaintiff Rick Walkup filed an affidavit of service stating that Defendant Guitars on Main, LLC was served on September 7, 2024. The initial deadline for Guitars on Main to respond to the complaint was September 30, 2024, and the Court extended that deadline until October 30, 2024. To date, however, Guitars on Main has not filed its answer or otherwise responded to the complaint. They shall do so, or seek an extension, no later than December 26, 2025. If Guitars on Main fail to respond, and Walkup intends to move for default judgment, he shall do so by January 9, 2025.

SO ORDERED.

Dated:    December 5, 2024
           New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge